18723. BISHOP *v.* THE STATE.

BROYLES, C. J. The motion for a new trial was based upon the usual general grounds only; the verdict was authorized by the evidence, and the denial of the motion was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1928.

*R. A. McGraw,* for plaintiff in error.
*J. F. Hatchett, solicitor,* contra.